UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | No. 19-mc-00012-JMS-DML |
| JOHN T. TENNYSON | ) | |

**ORDER TO RETAIN LOCAL COUNSEL**

The Local Rules for the United States District Court for the Southern District of Indiana provide that "[t]he court may require an attorney residing outside the district to retain, as local counsel, a member of the court's bar who resides in the district." S.D. Ind. L.R. 83-5(d). For the reasons set forth in the Court's Sealed Entry of today's date, the Court finds that attorney John T. Tennyson, a non-resident of the Southern District of Indiana, must retain local counsel approved by the Court to appear in all cases in this district in which Mr. Tennyson has appeared and will appear in the future.

Accordingly, pursuant to its authority under Local Rule 83-5(d), the Court now **ORDERS** Mr. Tennyson to retain local counsel to appear in all cases in which he has appeared and will appear in this Court. Mr. Tennyson's selection of counsel is subject to approval by the Court, and Mr. Tennyson shall personally bear the cost of obtaining and maintaining local counsel. Mr. Tennyson must file a petition no later than **Monday, February 11, 2019**, (1) identifying proposed local counsel, who must be fully admitted to practice in this Court and must reside in this district; (2) affirming that he has provided proposed local counsel a copy of this Order and the Sealed Entry of even date herewith;[1] and (3) affirming that he will personally bear any expense related to complying with this Order. The petition must be accompanied by an affidavit from proposed local

---

[1] The Court gives Mr. Tennyson permission to disclose the Sealed Entry to proposed local counsel. No further disclosure is permitted.

counsel affirming that he or she has read and understands this Order and will sign and assume joint responsibility for all briefs, papers, and pleadings submitted by Mr. Tennyson.

SO ORDERED.

For the Court,

Date: 2/4/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Clerk, United States District Court

John T. Tennyson via ECF