In the United States District Court for the
Southern District of Indiana

| | |
|---|---|
| **In the Matter of John Tennyson** | No. 1:19-mc-00012-JMS-DML<br>No. 1:17-cr-00222-JMS-TAB-13<br><br>Judge Magnus-Stinson |

**Motion for Enlargement of Time to Comply with Order**

Pursuant to Sealed Amended Order in Case No. 1:17-cr-00222-JMS-TAB, this Court found the undersigned in contempt and ordered the undersigned to: (1) pay a sanction of $1,000, and, (2) at no expense to any client, to retain local counsel to assist in any cases in which the undersigned has or will appear in the Southern District of Indiana. (Doc. 539). This Court set out the parameters of the foregoing in an Order to Retain Local Counsel in Case No. 1:19-mc-00012-JMS-DML. (Doc. 2). The deadline to comply with the order is today, February 11, 2019. *Id.*

Undersigned counsel hereby moves the Court for a one (1) week enlargement of time to comply with this Court's order, and in support states:

1. Undersigned counsel timely complied with this Court's sanction, and has paid $1,000 to the Clerk (1:17-cr-00222, Doc. 547);

2. Undersigned counsel has contacted attorneys which are fully admitted to practice in this Court and reside in the Southern District of Indiana about retention as local counsel;

3. Undersigned counsel has disclosed the Sealed Amended Order;

4. Undersigned counsel believes that local counsel can be fully retained, in compliance with this Court's orders, by the end of this week; and,

5. Undersigned counsel will personally bear any expense related to complying with this Court's orders.

WHEREFORE, undersigned counsel prays this Court for an enlargement of time of one (1) week to comply with this Court's orders, and to fully retain local counsel and submit the required petition and affidavit.

Respectfully submitted,

/s/ John Tennyson
John Tennyson
Tennyson & Wiggington
611 Commerce St., Ste. 2609
Nashville, TN 37203
(615) 506-3108
jtennyson@nashville-law.com

## Certificate of Service

I certify that on February 11, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John Tennyson